Scheduled: 2:00 PM
Started:
Ended:

**MINUTES OF PROCEEDINGS**

HONORABLE AIDA DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sulma López-Defilló          DATE: August 29, 2018

COURT REPORTER: Amy Walker                      **CASE #: CR-18-413 (ADC)**

---

**ATTORNEYS:**

UNITED STATES OF AMERICA                         AUSA Kelly Zenon-Matos
                                                 AUSA Vanessa Bonhomme

VS.

1 Tomas Junior Sanchez-Gonzalez                  Ricardo Izurieta-Ortega

2 Johanny M. Feliciano-Gonzalez                  Francisco M. Dolz-Sanchez
                                                 Ruben Cerezo-Hernandez

3 Tomas Niochard Sanchez-Feliciano

4 Felix A. Perrocier-Garcia                      Edwin Prado-Galarza

5 Daniel Salaman-Rodriguez

6 Rosali Maldonado-Barreto

7 Walkiria Grullon-Rodriguez                     Thomas R. Lincoln-San-Juan

8 Dianna Gonzalez-Agosto                         Claudia Mariela Izurieta-Berrios

9 Hector William Rabsatt

10 Edgardo R. Garcia-Santos                      Ignacio Fernandez-De-Lahongrais

11 Angel L. Umpierre-Ramos

12 Anibal Rosado-Sanchez

13 Bryan S. Hernandez-Valcarcel

14 Maria C. Carmona-Lozada                       Ramon L. Garay-Medina

15 Gabriel Figueroa-Pagan                        Ramon M Gonzalez-Santiago

16 Juan G. Rodriguez-Tosado

17 Steven A. Pagan-Rondon                        Carlos M. Sanchez-La-Costa

18 Orlando M. Torres-Bermudez                    Juan E. Alvarez-Cobian

| | |
|---|---|
| 19. Johnashley Rodriguez-Tosado | Leonardo M. Aldridge |
| 20 Jose R. Matos-Ortiz | Lydia Lizarribar-Masini |
| 21 Omar Quinones-Rivera | Juan A. Albino-Gonzalez |
| 22 Luis A. Oquendo-Maldonado | Luis A. Guzman-Dupont |
| 23 John M. Rentas-Rivera | Jose Aguayo |
| 24 Luis Daniel Soto | |
| 25 Ruben Rivera-Chevere | Emilio F. Morris-Rosa |
| 26 Luis N. Santiago-Medina | |
| 27 Olga I. Torres-Laruy | Jorge Luis Gerena-Mendez |
| 28 Eduardo Lacodet-Leon | Raymond Rivera-Esteves |
| 29 Exel O. Santiago | Miguel Oppenheimer |
| 30 Edgardo Martinez-Encarnacion | Johnny Rivera-Gonzalez |
| 31 Christian Febres-Gaetan | Jorge E. Rivera-Ortiz |
| 32 Suhali Salaman | Rafael Anglada-Lopez |
| 33 Jennifer Santiago-Cabrera | Antonio Bauza-Torres<br>Melanie Carrillo-Jimenez |
| 34 Eliud Acosta-Rivera ` | Ismael Rodriguez-Izquierdo |
| 35 Mario J. Caban-Leon | |
| 36 Noris Gautier-Rios | |
| 37 Domingo Castellanos-Pagan | Jose C. Romo-Matienzo |
| 38 Kevin Roman-Bonilla | Manuel L. Morales-Schmidt |
| 39 Christian M. Santiago-Chittenden | Irma R. Valldejuli-Perez |
| 40 Junior Tomas Sanchez-Gonzalez | Edwin E. Leon-Leon |
| 41 Bryan J. Rivera-Conde | Javier A. Morales-Ramos |
| 42 Emmanuel Perrocier-Vazquez | Raymond L. Sanchez-Maceira |
| 43 Kenneth L. Carrasquillo-Marrero | |
| 44 Edgardo Castellano-Rivera | Ernesto Hernandez-Milan |

| | | |
|---|---|---|
| 45 Jean Paul Castellano-Rivera | Humberto Guzman-Rodriguez |
| 46 Carlos J. Melendez-Fernandez | Kendys Pimentel-Soto |
| 47 Carlos Melendez-Marrero | David Ramos-Pagan |
| 48 Jonathan Edgardo Villa-Otero | Marie L. Cortes-Cortes |
| 49 Jonathan Gonzalez-Agosto | Diego H. Alcala-Laboy |
| 50 Julio C. Rosado-Lacen | David J. Colon-Almenas |
| 51 Hector A. Davila-Encarnacion | Victor P. Miranda-Corrada |
| 52 Jose L. Sierra-Lopez | |
| 53 Jaime J. Baez-Torres | Maria Dominguez-Victoriano |
| 54 Otoniel Cabrera-Perez | |
| 55 George A. Touma-Abreu | |
| 56 Jose L. Melendez-Ramos | |
| 57 Carmelo E. Rivera-Rivera | |
| 58 Joel Beltran-Rosario | |
| 59 Josue O. Encarnacion-Torres | Julie A. Soderlund |
| 60 Jomar Rashid Torres-Torres | Tim Bower-Rodriguez |
| 61 Lee R. Fontanez-Monell | Jose Agustin Arce-Diaz |
| 62 Edgardo R. Lebron-Diaz | Luz M. Rios-Rosario |
| 63 Jean C. Rivera-Castro | |
| 64 Roberto C. Ayala-Cancel | |
| 65 Joshua L. Collazo | |
| 66 Omar Martinez-Encarnacion | Ian Carlos Garcia-Ferreras |
| 67 FNU LNU aka: Bombi, Ollie | |
| 68 Carlos J. Caneda-Osorio | |
| 69 Jose Z. Ortiz-Pabon | Yassmin Gonzalez-Velez |
| 70 Angel D. Pimentel-Serrano | Lillian N. Miranda-Rodriguez |

71 Carlos Valladares-Pagan                                        Giovanni Jose Canino-Sanchez

72 Francisco Rosado-Besares                                   Marta T. Rey-Cacho

73 Antonio Rodriguez-Aguilar                                 Jose A. Suarez-Santa

74 Alexander Falcon-Gonzalez                               Saul Roman-Santiago

75 Edwin Rodriguez-Torres

76 Benito Valladares-Pagan                                 Giovanni Jose Canino-Sanchez
                                                                     Robert Millan

77 Jose A. Arzola-Sanchez

78 Jaime Rivera-Rosario                                     Alejandra Ysabel Bird-Lopez

79 Alex T. Gonzalez-Alcocer                                 Rosa Ivette Bonini-Laracuente

80 Leroy F. Perez-Rivera

81 Juan N. Pagan-Encarnacion                               Thomas Trebilcock-Horan

82 Yadiel A. Rosario-Fontanez                               Hector J. Dauhajre-Rodriguez

83 Rene R. Latony-Rosado                                   Jose R. Gaztambide-Aneses

84 Wendy Lee Torres                                            Miguel A. Rodriguez-Robles

85 Jose E. Reyes-Allende                                     Jose G. Perez-Ortiz

86 Angel Luis Domenech-Maldonado                        Mario A. Carrillo-Cotto

87 Felix L. Figueroa-Resto

88 FNU LNU aka: Chapu

89 Waldemar Vega-Torres

90 Christian Rodriguez-Santos                               Ovidio E. Zayas-Perez

91 Yadiel A. Malave-Lopez                                   Wilfredo Rios-Mendez

92 Sylkia Fernandez-Mitchell                               Marie L. Cortes-Cortes

93 Tomas Gonzalez-Lopez aka: Tomas Tomato        Miriam R. Ramos-Grateroles

94 Fernando Santiago-Chittenden

95 Zeuleimary Ramos-Santiago                               Fernando Omar Zambrana-Aviles

96 Dereshley Fuertes-Feliciano aka: Dere              Francisco M. Dolz-Sanchez
                                                                     Ruben Cerezo-Hernandez

97 FNU LNU aka: Yaniel

**CASE CALLED FOR STATUS CONFERENCE:**

**Present at the Status Conference were:  see Attendance List.**

Attendance List 1st Session set for 2:00 p.m.; Started at 2:16 p.m.; Ended at 2:55 p.m.

Attendance List 2nd Session set for 3:00 p.m.; Started at 3:10 p.m.; Ended at 3:25 p.m.

Attendance List 3rd Session set for 4:00 p.m.; Started at 4:00 p.m.; Ended at 4:30 p.m.

**The Government informed the following**:

- That 11 defendants are detained in state prisons and 1 defendant (#36) is in the mainland. *See* (Docket No. 422). Petition for *Writ of Habeas Corpus Ad Prosequendum* filed. ***Court grants petition***.

- That the **1st "Package with General Discovery"** has been provided to all defendants who have been arrested. DC's was provided in Court. The package contains the following:  4 CD's including an Index with 444 items**.**   Among the items provided government mentioned videos; audios; documentary evidence including lab reports; information on drug sellers, weapon seizures and state and federal prior charges.

*Court orders the Government to make available to the defendants who are detained at  MDC-Guaynabo, 4 copies of the **General Discovery Package**  by **8/31/18**.*

- That the **2nd "Package with General Discovery"** will be distributed to all arrested defendants by 9/21/18 and that with the same the government will provide 4 to 5 lab reports, 404(B) evidence and state court documents.

*Court orders that a **2 day (am/pm) OCULAR INSPECTION** be arranged after the 2nd Discovery Package has been submitted. The government will keep attendance list to be subsequently filed. Attorneys not attending, will wave right to inspect evidence.*

- That the **3rd "Package with Discovery"** will be an individualized one and will be provided by 10/25/18.

- The government will begin to extend plea offers within the next two weeks.

- Regarding **Weapons charges:** are defendant #**40**, was found with an automatic weapon and also defendant **#3** who was found with an automatic weapon at the residence of defendant #2 and in the presence of defendant #96.

- That there are no murder charges but there is evidence of **violent acts** against defendants **#1, #26, #51 and others.**

*Court orders the Government to preserve their **"rough notes"** and to keep copies within its file.*

- During the *second master session* held, the government informed that they were going to file a Motion to Dismiss as to defendant #48 because he was deceased.

- Court was informed that **Foster Hearings** were held regarding the following defendants and no conflict was found: As to defendants **#1** and **#8** regarding counsel Ricardo Izurieta and Claudia

Izurieta; As to defendants **#2** and **#96** regarding counsel Francisco Dolz. Foster Hearing is pending as to defendants **#71** and **#76** regarding counsel Giovanni Canino.

- In general, the case relates to undercover drug purchases cancel out by undercover agents or cooperating individuals. Most runners and sellers do appear on video recorded transactions. There are at least 5 cooperating individuals and similar or larger number of cooperating defendants.

- **Experts**: at this point, unless stipulated to, chemists are the only experts anticipated.

- The government will meet with attorneys for defendants as to which only testimonial evidence is available.

- Password to access all electronic discovery was provided to all attorneys.

*Court orders the US Marshal NOT TO TRANSFER OUT OF THE JURISDICTION ANY DEFENANT IN THIS CASE DURING THE NEXT 30 DAYS.*

Attorneys listed below shall **SHOW CAUSE** in writing **within 5 days** as to why sanctions should not be imposed for failure to appear to today's Status Conference.

1. Ignacio Fernandez De-Lahongrais
2. Juan A. Albino-Gonzalez
3. Jorge Luis Gerena-Mendez
4. Ernesto Hernandez-Millan
5. David Ramos-Pagan
6. Julie A. Soderlund
7. Tim Bower-Rodriguez
8. Ovidio E. Zayas-Perez
9. Fernando Omar Zambrana-Aviles

**Second Status Conference is set for October 25, 2018 at 3:00 p.m.**

The Court made a finding that the Speedy Trial remains tolled in the interest of justice which outweighs the best interest of the public and the defendants under 18 U.S.C. Sec. 3161(h)(7)(A).

s/ Sulma López-Defilló

Sulma López-Defilló
Courtroom Deputy Clerk