2:00 PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

2:16 – 2:55 pm

Scheduled: 2:00
Started:
Ended:

**MINUTES OF PROCEEDINGS**

HONORABLE AIDA DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sulma López-Defilló          DATE: August 29, 2018

COURT REPORTER: Amy Walker          **CASE #: CR-18-413 (ADC)**

**ATTORNEYS:**

UNITED STATES OF AMERICA          ✓AUSA Kelly Zenon-Matos
                                    • AUSA Vanessa Bonhomme

VS.

1 Tomas Junior Sanchez-Gonzalez          ✓Ricardo Izurieta-Ortega   Javier

2 Johanny M. Feliciano-Gonzalez          ✓Francisco M. Dolz-Sanchez
                                          Ruben Cerezo-Hernandez

3 Tomas Niochard Sanchez-Feliciano

4 Felix A. Perrocier-Garcia          Edwin Prado-Galarza

5 Daniel Salaman-Rodriguez

6 Rosali Maldonado-Barreto

7 Walkiria Grullon-Rodriguez          ✓Thomas R. Lincoln-San-Juan

8 Dianna Gonzalez-Agosto          ✓Claudia Mariela Izurieta-Berrios

9 Hector William Rabsatt

10 Edgardo R. Garcia-Santos Lahongrais          Ignacio Fernandez-De- absent

11 Angel L. Umpierre-Ramos — excused

12 Anibal Rosado-Sanchez

13 Bryan S. Hernandez-Valcarcel

14 Maria C. Carmona-Lozada          ✓Ramon L. Garay-Medina

| # | Defendant | Attorney |
|---|---|---|
| 15 | Gabriel Figueroa-Pagan | ✓ Ramon M Gonzalez-Santiago |
| 16 | Juan G. Rodriguez-Tosado | |
| 17 | Steven A. Pagan-Rondon | ✓ Carlos M. Sanchez-La-Costa |
| 18 | Orlando M. Torres-Bermudez | ✓ Juan E. Alvarez-Cobian |
| 19 | Johnashley Rodriguez-Tosado | Leonardo M. Aldridge |
| 20 | Jose R. Matos-Ortiz | ~~Lydia Lizarribar-Masini~~ |
| 21 | Omar Quinones-Rivera | Juan A. Albino-Gonzalez *absent* |
| 22 | Luis A. Oquendo-Maldonado | ✓ Luis A. Guzman-Dupont |
| 23 | John M. Rentas-Rivera | ✓ Jose |
| 24 | Luis Daniel Soto | |
| 25 | Ruben Rivera-Chevere | ✓ Emilio F. Morris-Rosa |
| 26 | Luis N. Santiago-Medina | |
| 27 | Olga I. Torres-Laruy | Jorge Luis Gerena-Mendez *absent* |
| 28 | Eduardo Lacodet-Leon | ~~Raymond Rivera-Esteves~~ Sub. Jorge E. Rivera |
| 29 | Exel O. Santiago | ~~Miguel Oppenheimer~~ |
| 30 | Edgardo Martinez-Encarnacion | ✓ Johnny Rivera-Gonzalez |
| 31 | Christian Febres-Gaetan | ✓ Jorge E. Rivera-Ortiz |
| 32 | Suhali Salaman | ✓ Rafael Anglada-Lopez |
| 33 | Jennifer Santiago-Cabrera | ✓ Antonio Bauza-Torres |
| | | ~~Melanie Carrillo-Jimenez~~ |