3:00 PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

3:10 - 3:25

Scheduled: 3:00
Started:
Ended:

## MINUTES OF PROCEEDINGS

HONORABLE AIDA DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sulma López-Defilló          DATE: August 29, 2018

COURT REPORTER: Amy Walker                     CASE #: CR-18-413 (ADC)

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | ✓ AUSA Kelly Zenon-Matos |
| | ✓ AUSA Vanessa Bonhomme  3 p-- |
| VS. | |
| 34 Eliud Acosta-Rivera | ✓ Ismael Rodriguez-Izquierdo |
| 35 Mario J. Caban-Leon | |
| 36 Noris Gautier-Rios | |
| 37 Domingo Castellanos-Pagan | ✓ Jose C. Romo-Matienzo |
| 38 Kevin Roman-Bonilla | Manuel L. Morales-Schmidt  2 PM |
| 39 Christian M. Santiago-Chittenden | ✓ Irma R. Valldejuli-Perez |
| 40 Junior Tomas Sanchez-Gonzalez | 2 PM  ✓ Edwin E. Leon-Leon |
| 41 Bryan J. Rivera-Conde | ✓ Javier A. Morales-Ramos |
| 42 Emmanuel Perrocier-Vazquez | 2 PM  ✓ Raymond L. Sanchez-Maceira |
| 43 Kenneth L. Carrasquillo-Marrero | |
| 44 Edgardo Castellano-Rivera | Ernesto Hernandez-Milan  absent |
| 45 Jean Paul Castellano-Rivera | ✓ Humberto Guzman-Rodriguez |
| 46 Carlos J. Melendez-Fernandez | ✓ Kendys Pimentel-Soto |
| 47 Carlos Melendez-Marrero | David Ramos-Pagan  absent |
| 48 Jonathan Edgardo Villa-Otero  deceased | Marie L. Cortes-Cortes |

altyo
3pm - 19, 34, 38, 41, 70, 66, 61, 37, 46, 62, 49, 45

49 Jonathan Gonzalez-Agosto

50 Julio C. Rosado-Lacen

51 Hector A. Davila-Encarnacion

52 Jose L. Sierra-Lopez

53 Jaime J. Baez-Torres

54 Otoniel Cabrera-Perez

55 George A. Touma-Abreu

56 Jose L. Melendez-Ramos

57 Carmelo E. Rivera-Rivera

58 Joel Beltran-Rosario

59 Josue O. Encarnacion-Torres

60 Jomar Rashid Torres-Torres

61 Lee R. Fontanez-Monell

62 Edgardo R. Lebron-Diaz

63 Jean C. Rivera-Castro

64 Roberto C. Ayala-Cancel

65 Joshua L. Collazo

66 Omar Martinez-Encarnacion

67 FNU LNU aka: Bombi, Ollie

✓ Diego H. Alcala-Laboy  3:00p

2:00p ✓ David J. Colon-Almenas

2:00PM ✓ Victor P. Miranda-Corrada

2:00PM Edwin Prado Rubio, ~~Maria Dominguez-Victoriano~~

Julie A. Soderlund  Absent

Tim Bower-Rodriguez  Absent

✓ Jose Agustin Arce-Diaz

✓ Luz M. Rios-Rosario

✓ Ian Carlos Garcia-Ferreras