**MINUTES OF PROCEEDINGS**

HONORABLE AIDA M. DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sarah V. Ramón  DATE: October 25, 2018

COURT REPORTER: Amy Walker  **CASE: CR. 18-0413 (ADC)**

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Kelly Zenon-Matos<br>AUSA Vanessa Bonhomme |
| VS. | |
| 1 Tomas Junior Sanchez-Gonzalez | Ricardo Izurieta-Ortega |
| 2 Johanny M. Feliciano-Gonzalez | Francisco M. Dolz-Sanchez<br>Ruben Cerezo-Hernandez |
| 3 Tomas Niochard Sanchez-Feliciano | |
| 4 Felix A. Perrocier-Garcia | Edwin Prado-Galarza |
| 5 Daniel Salaman-Rodriguez | |
| 6 Rosali Maldonado-Barreto | Olga Shepard |
| 7 Walkiria Grullon-Rodriguez | Thomas R. Lincoln-San-Juan |
| 8 Dianna Gonzalez-Agosto | Claudia Mariela Izurieta-Berrios |
| 9 Hector William Rabsatt | |
| 10 Edgardo R. Garcia-Santos | Ignacio Fernandez-De-Lahongrais, substituted by Leonardo Aldridge |
| 11 Angel L. Umpierre-Ramos | Anita Hill |
| 12 Anibal Rosado-Sanchez | |
| 13 Bryan S. Hernandez-Valcarcel | Mariangela Tirado |
| 14 Maria C. Carmona-Lozada | Ramon L. Garay-Medina |
| 15 Gabriel Figueroa-Pagan | Ramon M Gonzalez-Santiago |
| 16 Juan G. Rodriguez-Tosado | Francisco Adams |
| 17 Steven A. Pagan-Rondon | Carlos M. Sanchez-La-Costa, substituted by Johnny Rivera |
| 18 Orlando M. Torres-Bermudez | Juan E. Alvarez-Cobian, substituted by Johnny Rivera |

| | |
|---|---|
| 19. Johnashley Rodriguez-Tosado | Leonardo M. Aldridge |
| 20 Jose R. Matos-Ortiz | Lydia Lizarribar-Masini, substituted by Leonardo Aldridge |
| 21 Omar Quinones-Rivera | Juan A. Albino-Gonzalez, substituted by Edwin León |
| 22 Luis A. Oquendo-Maldonado | Luis A. Guzman-Dupont |
| 23 John M. Rentas-Rivera | Jose Aguayo |
| 24 Luis Daniel Soto | |
| 25 Ruben Rivera-Chevere | Emiliio F. Morris-Rosa, excused<br>Maribel Flores-Fonseca |
| 26 Luis N. Santiago-Medina | Juan Matos de Juan |
| 27 Olga I. Torres-Laruy | Jorge Luis Gerena-Mendez, substituted by Julie A. Soderlund |
| 28 Eduardo Lacodet-Leon | Raymond Rivera-Esteves |
| 29 Exel O. Santiago | Miguel Oppenheimer |
| 30 Edgardo Martinez-Encarnacion | Johnny Rivera-Gonzalez |
| 31 Christian Febres-Gaetan | Jorge E. Rivera-Ortiz |
| 32 Suhali Salaman | Rafael Anglada-Lopez |
| 33 Jennifer Santiago-Cabrera | Antonio Bauza-Torres |
| 34 Eliud Acosta-Rivera ` | Ismael Rodriguez-Izquierdo |
| 35 Mario J. Caban-Leon | |
| 36 Noris Gautier-Rios | |
| 37 Domingo Castellanos-Pagan | Jose C. Romo-Matienzo |
| 38 Kevin Roman-Bonilla | Manuel L. Morales-Schmidt |
| 39 Christian M. Santiago-Chittenden | Irma R. Valldejuli-Perez |
| 40 Junior Tomas Sanchez-Gonzalez | Edwin E. Leon-Leon |
| 41 Bryan J. Rivera-Conde | Javier A. Morales-Ramos |
| 42 Emmanuel Perrocier-Vazquez | Raymond L. Sanchez-Maceira |
| 43 Kenneth L. Carrasquillo-Marrero | |

| | |
|---|---|
| 44 Edgardo Castellano-Rivera | Ernesto Hernandez-Milan |
| 45 Jean Paul Castellano-Rivera | Humberto Guzman-Rodriguez |
| 46 Carlos J. Melendez-Fernandez | Kendys Pimentel-Soto |
| 47 Carlos Melendez-Marrero | David Ramos-Pagan |
| 49 Jonathan Gonzalez-Agosto | Diego H. Alcala-Laboy |
| 50 Julio C. Rosado-Lacen | David J. Colon-Almenas |
| 51 Hector A. Davila-Encarnacion | Victor P. Miranda-Corrada |
| 52 Jose L. Sierra-Lopez | |
| 53 Jaime J. Baez-Torres | Melanie Carrillo-Jiménez |
| 54 Otoniel Cabrera-Perez | |
| 55 George A. Touma-Abreu | |
| 56 Jose L. Melendez-Ramos | |
| 57 Carmelo E. Rivera-Rivera | |
| 58 Joel Beltran-Rosario | |
| 59 Josue O. Encarnacion-Torres | Julie A. Soderlund |
| 60 Jomar Rashid Torres-Torres | Tim Bower-Rodriguez |
| 61 Lee R. Fontanez-Monell | Jose Agustin Arce-Diaz |
| 62 Edgardo R. Lebron-Diaz | Luz M. Rios-Rosario, substituted by Miriam Ramos |
| 63 Jean C. Rivera-Castro | |
| 64 Roberto C. Ayala-Cancel | |
| 65 Joshua L. Collazo | |
| 66 Omar Martinez-Encarnacion | Ian Carlos Garcia-Ferreras, substituted by Melanie Carrillo |
| 67 FNU LNU aka: Bombi, Ollie | |
| 68 Carlos J. Caneda-Osorio | |
| 69 Jose Z. Ortiz-Pabon | Yassmin González-Velez |
| 70 Angel D. Pimentel-Serrano | Lillian N. Miranda-Rodriguez |
| 71 Carlos Valladares-Pagan | Giovanni Jose Canino-Sanchez, substituted |

| | |
|---|---|
| | by Melanie Carrillo |
| 72 Francisco Rosado-Besares | Marta T. Rey-Cacho |
| 73 Antonio Rodriguez-Aguilar | Jose A. Suárez-Santa |
| 74 Alexander Falcon-Gonzalez | Saul Roman-Santiago |
| 75 Edwin Rodriguez-Torres | Juan Masini, substituted by Rosa Bonini |
| 77 Jose A. Arzola-Sanchez | |
| 78 Jaime Rivera-Rosario | Alejandra Ysabel Bird-Lopez |
| 79 Alex T. Gonzalez-Alcocer | Rosa Ivette Bonini-Laracuente |
| 80 Leroy F. Perez-Rivera | |
| 81 Juan N. Pagan-Encarnacion | Thomas Trebilcock-Horan, substituted by José Gaztambide |
| 82 Yadiel A. Rosario-Fontanez | Hector J. Dauhajre-Rodriguez |
| 83 Rene R. Latony-Rosado | Jose R. Gaztambide-Aneses |
| 84 Wendy Lee Torres | Miguel A. Rodriguez-Robles |
| 85 Jose E. Reyes-Allende | Jose G. Perez-Ortiz |
| 86 Angel Luis Domenech-Maldonado | Mario A. Carrillo-Cotto |
| 87 Felix L. Figueroa-Resto | |
| 88 FNU LNU aka: Chapu | |
| 89 Waldemar Vega-Torres | Julio Cesar Alejandro-Serrano |
| 90 Christian Rodriguez-Santos | Ovidio E. Zayas-Perez |
| 91 Yadiel A. Malave-Lopez | Wilfredo Rios-Mendez |
| 92 Sylkia Fernandez-Mitchell | Marie L. Cortes-Cortes |
| 93 Tomas Gonzalez-Lopez aka: Tomas Tomato | Miriam R. Ramos-Grateroles |
| 94 Fernando Santiago-Chittenden | |
| 95 Zeuleimary Ramos-Santiago | Fernando Omar Zambrana-Aviles |
| 96 Dereshley Fuertes-Feliciano aka: Dere | Francisco M. Dolz-Sanchez<br>Ruben Cerezo-Hernandez |
| 97 FNU LNU aka: Yaniel | |

**CASE CALLED FOR A SECOND STATUS CONFERENCE:**

Motions pending were ruled upon by the Court, separate orders shall be issued accordingly.

Government informed the following:

- Second discovery package was provided.
- Third discovery package (video of local interventions) will be provided by mid November 2018.
- Fourth individualized discovery package (judgments or prior records of defendants) will also be provided to the defense is also expected to be provided by mid November 2018.
- Proffer sessions will be scheduled with approximately 30 defense attorneys.
- Parties are close to reaching a plea agreement as to co-defendant Johnashley Rodríguez (19).
- Four discovery packages have been made available at MDC-Guaynabo to afford defendants the opportunity to review the same.
- Evidence inspections have been scheduled for December 5, 6 & 12, 2018.

Defense attorneys had no specific requests, except for the following:

- Attorney Johnny Rivera, requested on behalf of his client, Edgardo Martínez (30), a proffer session with Government's counsel.
- Attorney Miriam Ramos, who represents co-defendant Tomás González (93), requested a proffer session as well. Her client is inclined to enter a plea of guilty.
- Attorney Mariangela Tirado, who represents co-defendant Bryan S. Hernández (13), clarified that her client has not yet been arraigned, hearing set for October 29, 2018 before Magistrate Judge McGiverin. Also has had difficulty accessing discovery through the USA/FX Website. [1]
- Attorney Edwin Leon, represents co-defendant Junior T. Sánchez-González, proffered that his client is also facing charges in CR. 17-0196-01 (PG) and in CR. 17-0402-01 (PG) and also represents defendant in said cases. Therefore, he's concerned if consolidation should be sought and will consider matter and inform the Court accordingly.
- Attorney Aguayo informed that his client, John M. Rentas-Rivera (23), is also charged in CR. 17-0158-01 (PAD) and is actively engaged in plea negotiations to dispose of both matters.

After hearing the parties, the Court set the following hearing and deadlines:

---

[1] AUSA Zenón informed that CDs of the first and second discovery packages are available for pickup.

- **A Third Status Conference is set for January 9, 2019 at 10:30 a.m**. **Only attorneys with discovery issues or motions filed are to attend.**
- Scheduling Order shall be issued setting deadlines for motion filing.
- Third discovery package due by November 9, 2018.
- Fourth discovery package due by November 23, 2018.
- Government to extend plea offers to the first 15 defendants in the case.
- Remaining plea offers due by January 10, 2019.
- Informative Motion including attendance sheets of each evidence inspection, to be filed by the Government.

S/Sarah V. Ramón
Courtroom Deputy Clerk
