**MINUTES OF PROCEEDINGS**

HONORABLE AIDA M. DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sarah V. Ramón  DATE: January 9, 2019

COURT REPORTER: Amy Walker  **CASE: CR. 18-0413 (ADC)**

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Kelly Zenon-Matos |
| | AUSA Vanessa Bonhomme |
| VS. | |
| 1 Tomas Junior Sanchez-Gonzalez | Ricardo Izurieta-Ortega |
| 2 Johanny M. Feliciano-Gonzalez | Francisco M. Dolz-Sanchez (excused) |
| | Ruben Cerezo-Hernandez (excused) |
| 3 Tomas Niochard Sanchez-Feliciano | |
| 4 Felix A. Perrocier-Garcia | Edwin Prado-Galarza |
| 5 Daniel Salaman-Rodriguez | |
| 6 Rosali Maldonado-Barreto | Olga Shepard |
| 7 Walkiria Grullon-Rodriguez | Thomas R. Lincoln-San-Juan (excused) |
| 8 Dianna Gonzalez-Agosto | Claudia Mariela Izurieta-Berrios |
| 9 Hector William Rabsatt | |
| 10 Edgardo R. Garcia-Santos | Ignacio Fernandez-De-Lahongrais, (excused) |
| 11 Angel L. Umpierre-Ramos | Anita Hill (excused) |
| 12 Anibal Rosado-Sanchez | Raúl Mariani (substituted by Rafael Anglada) |
| 13 Bryan S. Hernandez-Valcarcel | Mariangela Tirado |
| 14 Maria C. Carmona-Lozada | Ramon L. Garay-Medina |
| 15 Gabriel Figueroa-Pagan | Ramon M Gonzalez-Santiago (excused) |
| 16 Juan G. Rodriguez-Tosado | Jason González |
| 17 Steven A. Pagan-Rondon | Carlos M. Sanchez-La-Costa |
| 18 Orlando M. Torres-Bermudez | Juan E. Alvarez-Cobián (excused) |
| 19. Johnashley Rodriguez-Tosado | Leonardo M. Aldridge (excused) |

| | |
|---|---|
| 20 Jose R. Matos-Ortiz | Lydia Lizarribar-Masini, |
| 21 Omar Quinones-Rivera | Juan A. Albino-Gonzalez |
| 22 Luis A. Oquendo-Maldonado | Luis A. Guzman-Dupont (excused) |
| 23 John M. Rentas-Rivera | Jose Aguayo (substituted by Víctor Chico) |
| 24 Luis Daniel Soto | |
| 25 Ruben Rivera-Chevere | Maribel Flores-Fonseca (excused) |
| 26 Luis N. Santiago-Medina | Juan Matos de Juan (excused) |
| 27 Olga I. Torres-Laruy | Jorge Luis Gerena-Mendez (excused) |
| 28 Eduardo Lacodet-Leon | Raymond Rivera-Esteves |
| 29 Exel O. Santiago | Miguel Oppenheimer |
| 30 Edgardo Martinez-Encarnacion | Johnny Rivera-Gonzalez |
| 31 Christian Febres-Gaetan | Jorge E. Rivera-Ortiz |
| 32 Suhali Salaman | Rafael Anglada-Lopez |
| 33 Jennifer Santiago-Cabrera | Antonio Bauza-Torres |
| 34 Eliud Acosta-Rivera ` | Ismael Rodriguez-Izquierdo (excused) |
| 35 Mario J. Caban-Leon | Edgar Sánchez |
| 36 Noris Gautier-Rios | Anotnio Bisbal |
| 37 Domingo Castellanos-Pagan | Jose C. Romo-Matienzo |
| 38 Kevin Roman-Bonilla | Manuel L. Morales-Schmidt (excused) |
| 39 Christian M. Santiago-Chittenden | Irma R. Valldejuli-Perez (excused) |
| 40 Junior Tomas Sanchez-Gonzalez | Edwin E. Leon-Leon (excused) |
| 41 Bryan J. Rivera-Conde | Javier A. Morales-Ramos |
| 42 Emmanuel Perrocier-Vazquez | Raymond L. Sanchez-Maceira |
| 43 Kenneth L. Carrasquillo-Marrero | |
| 44 Edgardo Castellano-Rivera | Ernesto Hernandez-Milan |
| 45 Jean Paul Castellano-Rivera | Humberto Guzman-Rodriguez |
| 46 Carlos J. Melendez-Fernandez | Kendys Pimentel-Soto |

| | |
|---|---|
| 47 Carlos Melendez-Marrero | David Ramos-Pagan |
| 49 Jonathan Gonzalez-Agosto | Diego H. Alcala-Laboy |
| 50 Julio C. Rosado-Lacen | David J. Colon-Almenas |
| 51 Hector A. Davila-Encarnacion | Victor P. Miranda-Corrada |
| 52 Jose L. Sierra-Lopez | |
| 53 Jaime J. Baez-Torres | Melanie Carrillo-Jiménez (excused) |
| 54 Otoniel Cabrera-Perez | Richard Dansoh |
| 55 George A. Touma-Abreu | |
| 56 Jose L. Melendez-Ramos | Manuel San Juan (excused) |
| 57 Carmelo E. Rivera-Rivera | |
| 58 Joel Beltran-Rosario | |
| 59 Josue O. Encarnacion-Torres | Julie A. Soderlund |
| 60 Jomar Rashid Torres-Torres | Tim Bower-Rodriguez |
| 61 Lee R. Fontanez-Monell | Jose Agustin Arce-Diaz (excused) |
| 62 Edgardo R. Lebron-Diaz | Luz M. Rios-Rosario |
| 63 Jean C. Rivera-Castro | |
| 64 Roberto C. Ayala-Cancel | |
| 65 Joshua L. Collazo | Guillermo Macari |
| 66 Omar Martinez-Encarnacion | Ian Carlos Garcia-Ferreras |
| 67 FNU LNU aka: Bombi, Ollie | |
| 68 Carlos J. Caneda-Osorio | Robert Millán |
| 69 Jose Z. Ortiz-Pabon | Yassmin González-Velez |
| 70 Angel D. Pimentel-Serrano | Lillian N. Miranda-Rodriguez (excused) |
| 71 Carlos Valladares-Pagan | Giovanni Jose Canino-Sanchez |
| 72 Francisco Rosado-Besares | Marta T. Rey-Cacho (substituted by Antonio Bisbal) |
| 73 Antonio Rodriguez-Aguilar | Jose A. Suárez-Santa |
| 74 Alexander Falcon-Gonzalez | Saul Roman-Santiago |

| | |
|---|---|
| 75 Edwin Rodriguez-Torres | Juan Masini, (excused) |
| 77 Jose A. Arzola-Sanchez | |
| 78 Jaime Rivera-Rosario | Emilio Morris-Rosa |
| 79 Alex T. Gonzalez-Alcocer | Rosa Ivette Bonini-Laracuente |
| 80 Leroy F. Perez-Rivera | |
| 81 Juan N. Pagan-Encarnacion | Thomas Trebilcock-Horan (excused) |
| 82 Yadiel A. Rosario-Fontanez | Hector J. Dauhajre (excused) |
| 83 Rene R. Latony-Rosado | Jose R. Gaztambide-Aneses |
| 84 Wendy Lee Torres | Miguel A. Rodriguez-Robles (excused) |
| 85 Jose E. Reyes-Allende | Jose G. Perez-Ortiz |
| 86 Angel Luis Domenech-Maldonado | Mario A. Carrillo-Cotto |
| 87 Felix L. Figueroa-Resto | |
| 88 FNU LNU aka: Chapu | |
| 89 Waldemar Vega-Torres | Julio Cesar Alejandro-Serrano |
| 90 Christian Rodriguez-Santos | Ovidio E. Zayas-Perez |
| 91 Yadiel A. Malave-Lopez | Wilfredo Rios-Mendez |
| 92 Sylkia Fernandez-Mitchell | Marie L. Cortes-Cortes |
| 93 Tomas Gonzalez-Lopez aka: Tomas Tomato | Miriam R. Ramos-Grateroles (substituted by Johnny Rivera) |
| 94 Fernando Santiago-Chittenden | Luis A. Rodríguez-Muñoz (excused) |
| 95 Zeuleimary Ramos-Santiago | Fernando Omar Zambrana-Aviles (excused) |
| 96 Dereshley Fuertes-Feliciano aka: Dere | Francisco M. Dolz-Sanchez (excused)<br>Ruben Cerezo-Hernandez (excused) |
| 97 FNU LNU aka: Yaniel | |

**CASE CALLED FOR A THIRD STATUS CONFERENCE:**

Government informed the following:

- Defendants 3, 43 and 57 are currently serving federal sentences. Has already requested their immediate transfer to the jurisdiction to afford that the initial appearance be held along with further proceedings.
- Defendant #77 was arrested in Texas last month and arrangements are being made to have him transferred to the jurisdiction.
- Proffer sessions have been done with defense attorneys that have requested the same and will be meeting with remaining defense attorneys, if requested.
- Plea offers requested have also been sent.
- Third discovery package is available at US Attorney's Office. Package is pertaining to all defendants and includes overt acts at state level.
- Fourth discovery package shall be made available in the next 3 weeks and will include overt acts of arrests from 2016.
- Discovery package regarding videos in their possession shall also be provided.
- A fifth individualized discovery package will be provided.
- Government informed they will need to reschedule the evidence inspection. Drugs are at the DEA Lab and should be returned by February 20, 2019. Therefore, the dates of the evidence inspection are the following: February 26-27, 2019 and March 5-6, 2019.
- A signed plea agreement was sent to attorney Aldridge as to his client.

Defense attorneys present had discovery issues. Some were addressed and solved informally with Government's counsel and others were addressed to the Court:

- Attorney Miranda, requested ruling on his Motion to Withdraw. [1]
- Attorney Dansoh met with Government's counsel and addressed discovery matters and will see his client today.
- Attorney Ríos requested that the Government provide a detailed list of the items being provided in discovery. Discovery is lengthy and burdensome to be reviewing discovery without having an itemized list of what is contained within the discovery package.
- Attorney Sánchez-Maceira informed his client will be entering a plea of guilty. Requested a plea deadline and will meet with Government's counsel to discuss discovery issues.

---

[1] Request Granted. CJA counsel to be appointed.

- Attorney Tirado will make arrangements to pick up the hard copy of the discovery package and requested a plea offer be extended. [2]
- Attorney Bisbal informed that some discovery is missing as to his client, will address matter with Government's counsel. As to defendant #72, attorney Rey-Cacho will schedule a proffer session with the Government.
- Attorney Millán has received second discovery package. [3]
- Attorney Romo informed he has received all 3 discovery packages and is just waiting for specific discovery requested be provided to file a motion to suppress.
- Attorney Suarez-Santa informed that his client is an open-heart surgery survivor and he has not been receiving proper medical treatment.[4]
- Attorney Garay filed motion seeking authorization for his client to assist him and be present at the on-sight inspection he will conduct. Authorization is sought to avoid her violating her conditions of release, which do not allow her to enter the Figueroa Ward. [5]
- Attorney Chico informed that defendant is also charged in CR. 17-158 (PAD) and attorney Aguayo is negotiating both cases.
- Attorney Johnny Rivera has no discovery or specific issues as to his client. However, informed on behalf of attorney Miriam Ramos that she needs to schedule a proffer session with Government's counsel.

After hearing the parties, the Court set the following hearing and deadlines:

- Discovery Deadline due by February 9, 2019.
- Dispositive Motions due by March 1, 2019.
- Response to Motion due by March 15, 2019.
- Trial date to be set for the first 10-12 defendants. Parties placed on notice of a short calendar call.

S/Sarah V. Ramón<br>
Courtroom Deputy Clerk

---

[2] AUSA Bonhomme clarified that discovery has always been provided in the case, by means of hard copies. Therefore, counsel needs to verify and obtain discovery packages at the US Attorney's Office.
[3] AUSA Zenón advised counsel that a third discovery package is available for pickup
[4] Court ordered that within the next ten days, MDC submit a report on the medical treatment being provided to defendant Antonio Rodriguez-Aguilar.
[5] Request at Motion filed at ECF No. 754 is Granted. Counsel is to advise the US Probation Officer if she indeed needs to be present and coordinate date and time with supervising probation officer. Authorization strictly granted to afford defendant only to enter the Ward with counsel and defendant is to leave the ward along with counsel.