**MINUTES OF PROCEEDINGS**

HONORABLE AIDA M. DELGADO-COLON, U.S. DISTRICT JUDGE

| | |
|---|---|
| COURTROOM DEPUTY: Sarah V. Ramón | DATE: May 9, 2019 |
| COURT REPORTER: Amy Walker | **CASE: CR. 18-0413 (ADC)** |

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Kelly Zenon-Matos<br>AUSA Vanessa Bonhomme |
| VS. | |
| 1 Tomas Junior Sanchez-Gonzalez | Ricardo Izurieta-Ortega |
| 2 Johanny M. Feliciano-Gonzalez | Francisco M. Dolz-Sanchez<br>Ruben Cerezo-Hernandez |
| 3 Tomas Niochard Sanchez-Feliciano | José L. Novas-Debien, substituted by Jose Aguayo |
| 4 Felix A. Perrocier-Garcia | Edwin Prado-Galarza |
| 5 Daniel Salaman-Rodriguez | Rafael Castro, substituted by Raymond Sánchez |
| 6 Rosali Maldonado-Barreto | Olga Shepard |
| 7 Walkiria Grullon-Rodriguez | Thomas R. Lincoln-San-Juan (excused) |
| 8 Dianna Gonzalez-Agosto | Claudia M. Izurieta, substituted by Ricardo Izurieta |
| 9 Hector William Rabsatt | |
| 10 Edgardo R. Garcia-Santos | Ignacio Fernandez-De-Lahongrais, |
| 11 Angel L. Umpierre-Ramos | Anita Hill |
| 12 Anibal Rosado-Sanchez | Raúl Mariani (substituted by Jason González) |
| 13 Bryan S. Hernandez-Valcarcel | Mariangela Tirado |
| 14 Maria C. Carmona-Lozada | Ramon L. Garay, substituted by Jason González) |
| 15 Gabriel Figueroa-Pagan | Ramon M Gonzalez-Santiago (excused) |
| 16 Juan G. Rodriguez-Tosado | Jason González |
| 17 Steven A. Pagan-Rondon | Carlos M. Sanchez-La-Costa |
| 18 Orlando M. Torres-Bermudez | Juan E. Alvarez-Cobián |
| 20 Jose R. Matos-Ortiz | Lydia Lizarribar-Masini, (excused) |

| # | Name | Name |
|---|---|---|
| 21 | Omar Quinones-Rivera | Juan A. Albino-Gonzalez |
| 22 | Luis A. Oquendo-Maldonado | Luis A. Guzman, substituted by David Ramos |
| 23 | John M. Rentas-Rivera | Jose Aguayo |
| 24 | Luis Daniel Soto | |
| 25 | Ruben Rivera-Chevere | Maribel Flores-Fonseca |
| 26 | Luis N. Santiago-Medina | Juan Matos de Juan |
| 27 | Olga I. Torres-Laruy | Jorge L. Gerena, substituted Ramón González |
| 28 | Eduardo Lacodet-Leon | Raymond Rivera-Esteves |
| 29 | Exel O. Santiago | Miguel Oppenheimer |
| 30 | Edgardo Martinez-Encarnacion | Johnny Rivera-Gonzalez |
| 31 | Christian Febres-Gaetan | Jorge E. Rivera-Ortiz |
| 32 | Suhali Salaman | Rafael Anglada-Lopez |
| 33 | Jennifer Santiago-Cabrera | Antonio Bauza, José Suárez-Santa |
| 34 | Eliud Acosta-Rivera ` | Ismael Rodriguez-Izquierdo (excused) |
| 35 | Mario J. Caban-Leon | Edgar Sánchez |
| 36 | Noris Gautier-Rios | Antonio Bisbal |
| 37 | Domingo Castellanos-Pagan | Jose C. Romo-Matienzo |
| 38 | Kevin Roman-Bonilla | Manuel L. Morales-Schmidt (excused) |
| 39 | Christian M. Santiago-Chittenden | Irma Valldejuli, substituted by Mariangela Tirado |
| 40 | Junior Tomas Sanchez-Gonzalez | Edwin E. Leon-Leon (excused) |
| 41 | Bryan J. Rivera-Conde | Javier A. Morales-Ramos |
| 42 | Emmanuel Perrocier-Vazquez | Raymond L. Sanchez-Maceira |
| 43 | Kenneth L. Carrasquillo-Marrero | Maricarmen Almodovar |
| 44 | Edgardo Castellano-Rivera | Ernesto Hernandez-Milan (excused) |
| 45 | Jean Paul Castellano-Rivera | Humberto Guzman-Rodriguez |
| 46 | Carlos J. Melendez-Fernandez | Kendys Pimentel, substituted by Marie Cortés |
| 47 | Carlos Melendez-Marrero | David Ramos-Pagan |

| | |
|---|---|
| 49 Jonathan Gonzalez-Agosto | Diego H. Alcala-Laboy |
| 50 Julio C. Rosado-Lacen | David J. Colon-Almenas |
| 51 Hector A. Davila-Encarnacion | Joseph Boucher |
| 52 Jose L. Sierra-Lopez | |
| 53 Jaime J. Baez-Torres | Melanie Carrillo, substituted by Jason González |
| 55 George A. Touma-Abreu | Benito Rodríguez |
| 56 Jose L. Melendez-Ramos | Manuel San Juan |
| 57 Carmelo E. Rivera-Rivera | Guarionex Landrau |
| 58 Joel Beltran-Rosario | |
| 59 Josue O. Encarnacion-Torres | Julie A. Soderlund |
| 60 Jomar Rashid Torres-Torres | Tim Bower-Rodriguez |
| 61 Lee R. Fontanez-Monell | Jose Agustin Arce-Diaz (excused) |
| 62 Edgardo R. Lebron-Diaz | Luz M. Rios-Rosario |
| 63 Jean C. Rivera-Castro | |
| 64 Roberto C. Ayala-Cancel | Juan Carlos Deliz |
| 65 Joshua L. Collazo | Guillermo Macari |
| 66 Omar Martinez-Encarnacion | Ian C. Garcia, substituted by Jason González |
| 67 Luis O. Santiago-González | Artemio Rivera |
| 68 Carlos J. Caneda-Osorio | Robert Millán (excused) |
| 69 Jose Z. Ortiz-Pabon | Yassmin González-Velez |
| 70 Angel D. Pimentel-Serrano | Lillian N. Miranda-Rodriguez |
| 71 Carlos Valladares-Pagan | Giovanni Canino, substituted by Joseph Boucher |
| 72 Francisco Rosado-Besares | Marta T. Rey-Cacho |
| 73 Antonio Rodriguez-Aguilar | Jose A. Suárez-Santa |
| 74 Alexander Falcon-Gonzalez | Saul Roman-Santiago |
| 75 Edwin Rodriguez-Torres | Juan Masini (excused) |
| 77 Jose A. Arzola-Sanchez | Juan Nieves-Cassas |

| # | Defendant | Attorney |
|---|---|---|
| 78 | Jaime Rivera-Rosario | Emilio Morris-Rosa |
| 79 | Alex T. Gonzalez-Alcocer | Rosa Ivette Bonini-Laracuente |
| 80 | Leroy F. Perez-Rivera | |
| 81 | Juan N. Pagan-Encarnacion | Thomas Trebilcock-Horan |
| 82 | Yadiel A. Rosario-Fontanez | Hector J. Dauhajre |
| 83 | Rene R. Latony-Rosado | Jose Gaztambide, substituted by Joseph Boucher |
| 84 | Wendy Lee Torres | Miguel A. Rodriguez-Robles |
| 85 | Jose E. Reyes-Allende | Jose G. Perez-Ortiz |
| 86 | Angel Luis Domenech-Maldonado | Mario A. Carrillo-Cotto |
| 87 | Felix L. Figueroa-Resto | |
| 88 | FNU LNU aka: Chapu | |
| 89 | Waldemar Vega-Torres | Julio Cesar Alejandro-Serrano |
| 90 | Christian Rodriguez-Santos | Ovidio E. Zayas-Perez |
| 91 | Yadiel A. Malave-Lopez | Wilfredo Rios-Mendez |
| 92 | Sylkia Fernandez-Mitchell | Marie L. Cortes-Cortes |
| 93 | Tomas Gonzalez-Lopez | Miriam R. Ramos-Grateroles |
| 94 | Fernando Santiago-Chittenden | Luis A. Rodríguez-Muñoz |
| 95 | Zeuleimary Ramos-Santiago | Fernando Omar Zambrana-Aviles |
| 96 | Dereshley Fuertes-Feliciano | Ruben Cerezo-Hernandez |
| 97 | FNU LNU aka: Yaniel | |

**CASE CALLED FOR A FOURTH STATUS CONFERENCE:**

Government informed the following:

- Defendants 19 and 54 entered plea of guilty.
- Defendants 9, 24, 52, 58, 63, 80, 87, 88 and 97 remain fugitive.
- Evidence inspection took place in early March 2019.
- A fourth discovery package was notified to the defense on April 2, 2019.

- Individual discovery packages will be delivered next Monday. (Discovery will be uploaded next week).
- Specific discovery requests were addressed.
- Plea negotiations remain ongoing and final plea offers will be tendered shortly.
- As to trial length, Government informed it will need three (3) weeks to present its case in chief. Will present 20-25 witnesses at trial.

Ex-Parte Sidebar Conference held with Government.

The defense informed the following:

- Attorney Romo requested additional discovery that will address the arguments raised in Motion to Suppress filed at ECF No. 879 and if provided, the Motion to Suppress may be moot. [1]
- Attorney Jason Gonzalez requested on behalf of his client, that a plea offer be tendered. [2]
- Attorney Dolz requested that Rule 404 (b) evidence be provided. [3]
- Attorney Aguayo informed on behalf of attorney Miriam Ramos, that she will be filing a Bill of Particulars shortly. Counsel also advised, on behalf of attorney Novas, that no plea offer has been tendered as to his client.
- Attorney Rodríguez-Muñoz informed that no plea offer has been tendered as to his client. Next week will meet with Government for a proffer session and engage in plea negotiations.
- At the request of attorney Trebilcock, an ex-parte sidebar conference was held on the record.
- Sidebar Conference held with Government's counsel and attorney Humberto Guzman.
- Attorney Bisbal also requested a plea offer be tendered.
- Ex-Parte Sidebar Conference held with attorney Marie Cortés regarding Motion filed at ECF No. 768. Court reviewed the same and the request was Granted. Defense counsel to submit proposed order and to be delivered to chambers.
- Remaining defense attorneys had no other pending matters to discuss at this moment.

Court ordered the following:

- Government to make available discovery package for review of defendants housed at the Tallahatchie County Correctional facility in Mississippi and file informative motion accordingly.

---

[1] Government argued the request is for Jencks Material to be disclosed. Court ordered parties to meet for a proffer session.
[2] Government informed that plea offers will be tendered today to attorneys Jason Gonzalez, Juan Alvarez and Carlos Sanchez.
[3] Government clarified that surveillance documents were provided at the re-opening of the bail hearing held as to Dereshley Fuertes (96), and attorney Ruben Cerezo represents said and also appears as co-counsel for defendant Johanny Feliciano (2) along with attorney Dolz.

- Within the next ten (10) days, parties are to inform if there is a need to hold a hearing on the Motion to Suppress filed by attorney Romo of if the matter was addressed and disposed of informally by the parties.
- Government to file informative motion as to discovery packages yet pending to be picked up by defense attorneys.
- Order shall be issued shortly setting plea cut-off deadline.
- Individual discovery packages to be made available by no later than Monday, May 13, 2019. (uploaded to the USA/Fx Website).
- A Further Status Conference is set for August 8, 2019 at 2:00 p.m.
- Jury Trial setting for the first ten (10) defendants of the Indictment is set for October 7-25, 2019 at 9:00 a.m. Defense to take notice that substitutions will be made accordingly as defendants start entering plea of guilty.

S/Sarah V. Ramón  
Courtroom Deputy Clerk