**MINUTES OF PROCEEDINGS**

HONORABLE AIDA M. DELGADO-COLON, U.S. DISTRICT JUDGE

COURTROOM DEPUTY: Sarah V. Ramón           DATE: August 8, 2019

COURT REPORTER: Amy Walker                 **CASE: CR. 18-0413 (ADC)**

**ATTORNEYS:**

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA Kelly Zenon-Matos |
| | AUSA Vanessa Bonhomme |
| VS. | |
| 1 Tomas Junior Sanchez-Gonzalez | Ricardo Izurieta-Ortega (excused) |
| | Wilfredo Díaz-Narvaez |
| 2 Johanny M. Feliciano-Gonzalez | Francisco M. Dolz-Sanchez (excused) |
| | Ruben Cerezo-Hernandez |
| 3 Tomas Niochard Sanchez-Feliciano | José L. Novas-Debien, |
| 4 Felix A. Perrocier-Garcia | Edwin Prado-Galarza |
| 5 Daniel Salaman-Rodriguez | Rafael Castro |
| 6 Rosali Maldonado-Barreto | Olga Shepard, substituted by Luz Ríos |
| 7 Walkiria Grullon-Rodriguez | Thomas R. Lincoln-San-Juan |
| 8 Dianna Gonzalez-Agosto | Claudia M. Izurieta, not present |
| 9 Hector William Rabsatt | |
| 10 Edgardo R. Garcia-Santos | Ignacio Fernandez, substituted by Juan Matos |
| 12 Anibal Rosado-Sanchez | Raúl Mariani (substituted by Miguel Oppenheimer) |
| 13 Bryan S. Hernandez-Valcarcel | Mariangela Tirado |
| 14 Maria C. Carmona-Lozada | Ramon L. Garay |
| 15 Gabriel Figueroa-Pagan | Ramon M Gonzalez-Santiago |
| 16 Juan G. Rodriguez-Tosado | Jason González |
| 17 Steven A. Pagan-Rondon | Carlos M. Sanchez-La-Costa |
| 18 Orlando M. Torres-Bermudez | Juan E. Alvarez-Cobián, present and excused |
| 20 Jose R. Matos-Ortiz | Lydia Lizarribar-Masini |
| 21 Omar Quinones-Rivera | Juan A. Albino-Gonzalez |

| | |
|---|---|
| 22 Luis A. Oquendo-Maldonado | Luis A. Guzman |
| 23 John M. Rentas-Rivera | Jose Aguayo |
| 24 Luis Daniel Soto | |
| 25 Ruben Rivera-Chevere | Maribel Flores-Fonseca (not present) |
| 26 Luis N. Santiago-Medina | Juan Matos de Juan |
| 28 Eduardo Lacodet-Leon | Raymond Rivera-Esteves |
| 29 Exel O. Santiago | Miguel Oppenheimer |
| 30 Edgardo Martinez-Encarnacion | Johnny Rivera-Gonzalez |
| 32 Suhali Salaman | Rafael Anglada-Lopez |
| 33 Jennifer Santiago-Cabrera | Antonio Bauzá |
| 34 Eliud Acosta-Rivera ` | Ismael Rodriguez-Izquierdo |
| 35 Mario J. Caban-Leon | Edgar Sánchez |
| 36 Noris Gautier-Rios | Antonio Bisbal |
| 37 Domingo Castellanos-Pagan | Jose C. Romo-Matienzo |
| 38 Kevin Roman-Bonilla | Manuel L. Morales-Schmidt |
| 39 Christian M. Santiago-Chittenden | Irma Valldejuli, |
| 41 Bryan J. Rivera-Conde | Javier A. Morales, substituted by José Romo |
| 42 Emmanuel Perrocier-Vazquez | Raymond L. Sanchez-Maceira |
| 43 Kenneth L. Carrasquillo-Marrero | Maricarmen Almodovar, substituted by Mariangela Tirado |
| 44 Edgardo Castellano-Rivera | Ernesto Hernandez-Milan (excused) |
| 45 Jean Paul Castellano-Rivera | Humberto Guzman-Rodriguez |
| 46 Carlos J. Melendez-Fernandez | Kendys Pimentel, substituted by Marie Cortés |
| 47 Carlos Melendez-Marrero | David Ramos-Pagan |
| 49 Jonathan Gonzalez-Agosto | Diego H. Alcala-Laboy |
| 50 Julio C. Rosado-Lacen | David J. Colon-Almenas |
| 51 Hector A. Davila-Encarnacion | Joseph Boucher |

| | |
|---|---|
| 52 Jose L. Sierra-Lopez | |
| 53 Jaime J. Baez-Torres | Melanie Carrillo |
| 55 George A. Touma-Abreu | Benito Rodríguez, substituted by Ruben Cerezo |
| 57 Carmelo E. Rivera-Rivera | Guarionex Landrau (not present) |
| 58 Joel Beltran-Rosario | |
| 59 Josue O. Encarnacion-Torres | Julie A. Soderlund |
| 62 Edgardo R. Lebron-Diaz | Luz M. Rios-Rosario |
| 63 Jean C. Rivera-Castro | |
| 64 Roberto C. Ayala-Cancel | Juan Carlos Deliz |
| 66 Omar Martinez-Encarnacion | Ian C. Garcia |
| 67 Luis O. Santiago-González | Artemio Rivera |
| 68 Carlos J. Caneda-Osorio | Robert Millán |
| 69 Jose Z. Ortiz-Pabon | Yassmin González-Velez |
| 70 Angel D. Pimentel-Serrano | Lillian N. Miranda-Rodriguez (not present) |
| 71 Carlos Valladares-Pagan | Giovanni Canino |
| 72 Francisco Rosado-Besares | Marta T. Rey-Cacho |
| 73 Antonio Rodriguez-Aguilar | Jose A. Suárez-Santa |
| 74 Alexander Falcon-Gonzalez | Saul Roman-Santiago |
| 75 Edwin Rodriguez-Torres | Juan Masini, substituted by Antonio Bisbal |
| 77 Jose A. Arzola-Sanchez | Juan Nieves-Cassas |
| 78 Jaime Rivera-Rosario | Emilio Morris-Rosa |
| 79 Alex T. Gonzalez-Alcocer | Rosa Ivette Bonini-Laracuente |
| 80 Leroy F. Perez-Rivera | |
| 81 Juan N. Pagan-Encarnacion | Thomas Trebilcock-Horan |
| 82 Yadiel A. Rosario-Fontanez | Hector J. Dauhajre |
| 83 Rene R. Latony-Rosado | Jose Gaztambide, substituted by Johnny Rivera |
| 84 Wendy Lee Torres | Miguel A. Rodriguez-Robles |

| | |
|---|---|
| 85 Jose E. Reyes-Allende | Jose G. Perez-Ortiz |
| 87 Felix L. Figueroa-Resto | |
| 88 FNU LNU aka: Chapu | |
| 90 Christian Rodriguez-Santos | Ovidio E. Zayas-Perez |
| 91 Yadiel A. Malave-Lopez | Wilfredo Rios-Mendez |
| 92 Sylkia Fernandez-Mitchell | Marie L. Cortes-Cortes |
| 93 Tomas Gonzalez-Lopez | Miriam R. Ramos-Grateroles |
| 94 Fernando Santiago-Chittenden | Luis A. Rodríguez-Muñoz |
| 95 Zeuleimary Ramos-Santiago | Fernando Omar Zambrana-Aviles (excused) |
| 96 Dereshley Fuertes-Feliciano | Ruben Cerezo-Hernandez |
| 97 FNU LNU aka: Yaniel | |

**CASE CALLED FOR A FIFTH STATUS CONFERENCE:**

Government informed the following:

- Plea negotiations remain ongoing.
- Encourages defense, if deemed necessary, to prepare mitigation packages for the Government's consideration to further enable plea negotiations.
- Motion to withdraw was filed by attorney Izurieta, who currently co-represents defendant Tomas Junior Sánchez. Therefore, requested the same be granted due to the conflict of interest of said counsel.
- Specific discovery requested by defense counsel José Romo, on behalf of his client Domingo Castellanos (37) was provided. Parties remain in plea negotiations, despite the filing of the dispositive motion. Should the Court schedule an evidentiary hearing, the Government will present 3-4 witnesses.
- As to defendant Félix L. Figueroa-Resto (87), initial was held earlier today. Therefore, only defendants 9, 24, 52, 58, 63, 80, 88, 97 remain fugitive.

In general defense attorneys informed they remain in ongoing plea negotiations, those with specific concerns or with specific discovery requests informed the following:

- Attorney Díaz-Narvaez, informed that a plea counter-offer was discussed earlier this morning with Government's counsel. [1]
- Attorney Oppenheimer informed, on behalf of attorney Mariani, that plea negotiations remain ongoing, and by next week will be submitting a mitigation package for the Government's consideration.
- Attorneys for defendants currently housed in Bayamón 705 requested that in order to afford review of discovery that defendants be transferred to MDC for at least 3 months.
- Attorney Lincoln informed he is close to reaching a plea agreement for his client, requested to review the Pretrial Services Report.
- Attorney Lizarribar informed that defendant is also charged in CR. 18-0476-02 (ADC). Therefore, she is actively engaged in plea negotiations to dispose of both cases.
- Attorney Anglada informed that a plea agreement was reached as to his client, Suhail Salaman.
- Attorney Sánchez informed that individualized discovery was provided. Needs to meet with defendant to review the same. [2]
- Attorney Bisbal informed he is in plea negotiations and will submit a mitigation package.
- Attorney Colón-Almenas, requested 2 weeks to continue in plea negotiations. Needs to meet with the US Probation Officer to assess defendant's criminal history category to conclude plea negotiations and file motion for change of plea. [3]
- Attorney González-Vélez informed she will submit a mitigation package to the Government.
- Attorney Rey clarified that her client's true name is Francisco Rosado-Gonzalez. [4]
- Sidebar Conference held with attorney Saúl Román and Government's counsel. Ex-Parte Motions filed were Granted. Counsel informed plea negotiations are ongoing.
- Attorney Miriam Ramos informed she filed Motion for Bill of Particulars and Government's response was filed as well. ECF Nos. 950 and 1002. Clarified that her client rejected the plea offer. [5]

---

[1] Government will respond within a week.
[2] Government will verify it DEA 6-Reports are available to disclose the same to counsel.
3. Government informed defendant has an extensive criminal history.
4. Court noted it so appears as defendant a/k/a in the indictment.
5. Government proffered there was no seizure and a proffer as to the testimonial evidence of 4 Government witnesses was provided to the defense.

After hearing the parties, the Court set the following hearing and deadlines:

- Plea Counter-Offers Deadline due by August 16, 2019.
- Government's revised plea offer due by August 23, 2019.
- All responses due by August 31, 2019.
- Plea Cut-Off Deadline due by September 13, 2019.
- US Marshals are ordered to make defendants Omar Quiñones-Rivera (21), Luis A. Oquendo-Maldonado (22), Luis O. Santiago-González (67), Jaime Rivera-Rosario (78).
- US Marshals are ordered to transfer defendants Daniel Salaman (5), Bryan S. Hernández(13) and Carlos J. Caneda-Osorio (68), currently housed at Bayamon 705 to MDC-Guaynabo for a period of 3 months to afford review of discovery.
- The Pretrial Services Report of Walkiria Grullón-Rodríguez (7), shall be made available to attorney Thomas Lincoln for review.
- Attorney Colon is to contact the US Probation Office and make an appointment for a criminal history assessment of his client Julio C. Rosado (50).
- Motion to withdraw, filed at ECF No. 1057 is Granted. Attorney Ricardo Izurieta is withdrawn from any further representation of defendant Tomas Junior Sanchez-Gonzalez. Defendant shall remain represented by attorney Wilfredo Diaz-Narvaez.
- A detailed scheduling order shall follow.

S/Sarah V. Ramón
Courtroom Deputy Clerk